IN UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | PETITION TO OPEN |
| VS. | ) | JUVENILE RECORDS |
| | ) | |
| CODY MICHAEL ANDERSON | ) | DOCKET NO. CR 18-79-GF-BMM |

Whereas the above-named defendant has been charged with committing the offense of Assault with a Dangerous Weapon, in United States District Court for the District of Montana, the Petitioner requests all juvenile and adult records pertaining to the defendant, including law enforcement, County Probation, County Welfare, Montana Department of Corrections records, and any records of alcohol, drug and mental health treatment, and school records be made available for the purpose of preparing a Presentence Investigation Report for the Court; to include all juvenile records maintained by New Day Ranch in Billings, Youth Build / MSU Northern, Bull Hook Community Health, Northern Montana Hospital, Arcadia Residential Treatment Center, Butte Kids Behavioral Health, Havre School District, Department of Family Services.

Respectfully,

Andrea L. Hedges
United States Probation Officer

December 19, 2018
Date

====================
**ORDER**
====================

THE COURT HAVING CONSIDERED THE AFOREMENTIONED PETITION does hereby order this 20th day of December 2018, the release of requested records, to include all juvenile and adult records pertaining to the defendant, including law enforcement, County Probation, County Welfare, Montana Department of Corrections records, and any records of alcohol, drug and mental health treatment, and school records, to include all juvenile records maintained by New Day Ranch in Billings, Youth Build / MSU Northern, Bull Hook Community Health, Northern Montana Hospital, Arcadia Residential Treatment Center, Butte Kids Behavioral Health, Havre School District, Department of Family Services, to the Petitioner or authorized agency of the United States Probation Office for the purpose of preparing a Presentence Investigation Report for the Court.

Honorable Brian Morris
United States District Judge